JAMES F. PENMAN, City Attorney
State Bar No. 91761
RICHARD D. LUCZAK, Deputy City Attorney
State Bar No. 216197
300 North "D" Street
San Bernardino, California 92418
Telephone: (909) 384-5355
Facsimile: (909) 384-5238
rluczak@sbcityattorney.org

Joseph Arias, SBN 47399
Christopher D. Lockwood, SBN 110853
**Arias & Lockwood**
225 W. Hospitality Lane, Suite 314
San Bernardino, CA 92408
Phone: (909) 890-0125
Fax: (909) 890-0185
Christopher.Lockwood@AriasLockwood.Com

Attorneys for Defendants, City of San Bernardino (sued as itself and as City of San Bernardino Police Department), Ernesto Antillon, Edward Golubic, Ronald Schwenka, and Lee Dean

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN EUGENE, MOORE, | **CASE NO.:** CV-01-03064 JVS(RZ) |
| Plaintiffs, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| vs. | |
| CITY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the stipulation of plaintiff Adrian Eugene Moore and defendants

City of San Bernardino, et al., the Court hereby orders this case be dismissed with

///

/

1    prejudice pursuant to *Federal Rules of Civil Procedure* 41(a)(1).

2

3    Date: July 11, 2011

4

5    _____

6                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA           COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 No. "D" Street, Rm 668, San Bernardino, California.

On **July _____, 2011**, I served the foregoing document described as: **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** on the persons set forth below as follows:

Adrian Moore
8251 Kilmer Circle
Sacramento, CA 95828
(Updated 3/15/11)

✓  (BY MAIL) By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to each of the above named persons at the above address.

___  (BY FAX) I caused the foregoing document to be FAXED to the parties listed above.

___  (BY OVERNIGHT) I caused the foregoing document to be delivered via OVERNIGHT/EXPRESS mail to the above named persons at the above address.

___  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

✓  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July _____, 2011**, at San Bernardino, California.

_Angela Rodriguez_____       _____
(type or print name)                     (signature)